UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA, and
STATE OF NEW YORK, and the
CITY OF NEW YORK,
ex rel. HYUN YU, PHARM.D.,

          Plaintiff,

v.

NUCARE PHARMACY WEST, LLC,
THOMAS WEBSTER, M.D.,
LEONARD MEGGS, M.D.,
NAHESI LAMBERT-DOORN, M.D.,

          Defendants.
------------------------------X

Civil Action No.
19-CV-6466

(Komitee, J.)
(Pollack, M.J.)

**FILED UNDER SEAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2023 ★
BROOKLYN OFFICE

## AMENDED NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

By Order docketed December 15, 2022, the Court unsealed this case, following the United States' submission of its Notice That It Is Not Intervening At This Time. Subsequently, on May 18, 2023, Relator filed an amended complaint under seal in accordance with 31 U.S.C. § 3730(b). Having reviewed the allegations in the amended complaint, the United States remains unable to determine whether to intervene in this action.

A proposed order accompanies this notice.

Respectfully submitted,

Dated: Brooklyn, New York  
      July 18, 2023

BREON PEACE  
UNITED STATES ATTORNEY  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

By:   */s/ Richard K. Hayes*  
      Richard K. Hayes  
      Assistant U.S. Attorney  
      (718) 254-6050  
      Richard.Hayes@usdoj.gov