WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant, Dr. Leonard Meggs

By:     Darren M. Gelber
        Direct Dial:   732-855-6006
        Direct Fax:    732-726-6571
        E-Mail:        dgelber@wilentz.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA, ex  :    DOCKET NO. 19-CV-6466-EK-CLP
rel., HYUN YU, ET AL.,        :
                              :
        Plaintiffs,            :    **CONSENT ORDER EXTENDING**
                              :    **TIME FOR DEFENDANT, DR.**
v.                            :    **LEONARD MEGGS, TO ANSWER OR**
                              :    **OTHERWISE MOVE AS TO THE**
NUCARE PHARMACY WEST, LLC, ET :    **COMPLAINT**
ALS.,                         :
                              :
        Defendants.            :
                              :
------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for Defendant, Dr. Leonard Meggs, to answer or otherwise move as to the Amended Complaint is hereby extended to November 10, 2023.

Pollock Cohen LLP
Attorneys for Plaintiffs

            /s/                                                September 27, 2023
By:_____                  Dated:_____
    ADAM POLLOCK, ESQ.

#14045140.1

WILENTZ, GOLDMAN & SPITZER, P.A.
Attorneys for Defendant Dr. Leonard Meggs

By:_____    Dated:September 27, 2023_____
    DARREN M. GELBER, ESQ.

**IT IS SO ORDERED:**

_____    Dated:_____
HONORABLE CHERYL L. POLLAK,
Chief United States Magistrate Judge

-2-

#14045140.1