UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, *ET AL.*,

                      Plaintiffs,

        -against-                       **ORDER**
                                      19 CV 6466 (EK) (CLP)

NUCARE PHARMACY WEST, LLC, *ET AL.*,

                      Defendants.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

        On November 15, 2019, relator Hyun Yu brought suit on behalf of the United States of America, the State of New York, and the City of New York, against various defendant physicians and NuCare Pharmacy West, LLC ("NuCare") for damages and civil penalties for an alleged fraudulent prescription billing scheme. (Compl.[1] ¶ 1).

        Defendant NuCare was served with the Summons and Complaint on August 29, 2023, via the New York Secretary of State. (See ECF No. 40). NuCare's Answer to the Complaint was therefore due on or before September 19, 2023. (Id.) NuCare failed to answer or otherwise respond to the Complaint, and on July 23, 2024, plaintiffs requested a certificate of default. (ECF No. 106). The Clerk of Court entered default on July 26, 2024 (ECF No. 107), and plaintiffs moved for default judgment on March 10, 2025 (ECF No. 129). The Honorable Eric R. Komitee thereafter referred the motion for default judgement to the undersigned for Report and Recommendation. (See Electronic Order, dated March 18, 2025).

        Plaintiffs' motion for default judgment and request for damages will be decided based upon plaintiffs' submissions unless defendants request that a hearing be held. Such a request—

---

[1] Citations to "Compl." refer to the Complaint, filed November 15, 2019 (ECF No. 1).

along with any papers defendants wish to submit in response to plaintiffs' motion—must be filed on or before **October 28, 2025**.

    Plaintiffs are directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendants, and to provide the Court with proof of service immediately thereafter.

    **SO ORDERED.**

Dated: Brooklyn, New York
       October 14, 2025

                                    /s/ Cheryl L. Pollak
                                    Cheryl L. Pollak
                                    United States Magistrate Judge
                                    Eastern District of New York