UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 UNITED STATES ex rel. Hyun Yu,
 Pharm.D et al.,

                               Plaintiffs,

                 -against-

 NUCARE PHARMACY WEST, LLC et al.,

                            Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
19-CV-6466 (EK)(PCG)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cross-Goldenberg's Amended Report and Recommendation (R&R) dated January 22, 2026.  ECF No. 139.  Judge Cross-Goldenberg recommends that a default judgment enter against defendant NuCare but that the requested damages be denied without prejudice for relator to renew.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error in Judge Cross-Goldenberg's analysis and therefore adopt the R&R in its

entirety as to liability and damages.  Default judgment will not enter at this time.  Thus, the motion for default judgment is granted with respect to liability, but damages are denied without prejudice to renew by April 10, 2026.


        SO ORDERED.


                                    /s/ Eric Komitee
                                 ERIC KOMITEE
                                 United States District Judge



Dated:     March 11, 2026
           Brooklyn, New York